| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 22-cr-60-BAH |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | VINCENT GILLESPIE | | **FILED** | |
| Joint | ☐ | | | DEC 22 2022 | |
| Court | ☐ | | | Clerk, U.S. District and Bankruptcy Courts | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | "Official Proceeding" Documentary/Video evidence | | | | 1:25 PM 12/22/2022 |
| ✓ 101 | U.S. Constitution Amendment XII (PDF) | 12/20/2022 | 12/20/2022 | OFFICER CAZELLE | |
| ✓ 102 | 3 U.S.C. Section 15 (PDF) | | | | |
| ✓ 103 | 3 U.S.C. Section 16 (PDF) | | | | |
| ✓ 104 | 3 U.S.C. Section 17 (PDF) | | | | |
| ✓ 105 | 3 U.S.C. Section 18 (PDF) | | | | |
| ✓ 106 | Senate Concurrent Resolution (PDF) | | | | |
| ✓ 107 | House and Senate Compilation Video | ↓ | ↓ | ↓ | |
| 107.1 | Still from Exhibit 107 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 107.2 | Still from Exhibit 107 | | | | | |
| 108 ✓ | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | 12/20/2022 | 12/20/2022 | OFFICER GAZELLE | | |
| 109 ✓ | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | | | |
| 110 ✓ | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | | | | |
| 111 ✓ | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | ↓ | ↓ | ↓ | | |
| 112 | Placeholder for Additional Exhibits | | | | | |
| 113 | Placeholder for Additional Exhibits | | | | | |
| 200 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | | |
| 201 | Compilation video with radio runs (see 901) | | | | | |
| 202 ✓ | Area Closed Signs and Barricades | 12/20/2022 | 12/20/2022 OVER OBJECTION | CAPT. T. SUMMERS | | |
| 203 ✓ | Aerial Photo of the Capitol Building and Grounds | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | | |
| 204 ✓ | Map of Restricted Perimeter | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS INSPECTOR HAWA OFFICER M. GAZELLE | | |
| 205 ✓ | Area Closed Sign | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | | |
| 206.1 ✓ | Drawing of Capitol Building and Grounds | 12/19/2022 | 12/19/2022 | CAPT. T. SUMMERS | | |

| | | | | | |
|---|---|---|---|---|---|
| ✓ 206.2 | Drawing of Capitol Building First Floor | 12/19/2022 | 12/19/2022 | CAPT. T. SUMMERS INSPECTOR HAWA | |
| ✓ 206.3 | Drawing of Capitol Building Second Floor | 12/19/2022 | 12/19/2022 | CAPT. T. SUMMERS | |
| ✓ 207 | Area Closed Sign and Barricades | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | |
| ✓ 208 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | 12/20/2022 | 12/20/2022 | CAPT. T. SUMMERS | |
| 209 | Area Closed Sign and Barricades | | | | |
| 210 | Map - First Floor of Capitol Building | | | | |
| ✓ 211 | Three-Dimensional Depiction of Capitol | 12/19/2022 | 12/19/2022 | CAPT. T. SUMMERS | |
| ✓ 211.1 | Exhibit 211 with red markings | 12/19/2022 | 12/19/2022 | CAPT T. SUMMERS | |
| ✓ 211.2 | Exhibit 211 with red markings | 12/19/2022 | 12/19/2022 | CAPT T. SUMMERS SGT. RILEY | |
| ✓ 212 | West Front of the Capitol | 12/19/2022 | 12/19/2022 | CAPT T. SUMMERS | |
| ✓ 213 | Map - First Floor of Capitol Building (Poster) | 12/20/2022 | 12/20/2022 | OFFICER M. GAZELLE | |
| ✓ 214 | Map - Second Floor of Capitol Building (Poster) | 12/20/2022 | 12/20/2022 | OFFICER M. GAZELLE | |
| 215 | Map – Second Floor of Capitol Building | | | | |
| ✓ 216 | Map - Basement Floor of Capitol Building | 12/20/2022 | 12/20/2022 | OFFICER M. GAZELLE | |

| | | | | | |
|---|---|---|---|---|---|
| 217 | Placeholder for Additional Exhibits | | | | |
| 218 | Area Closed Sign | 12/20/2022 | 12/20/2022 | CAPT. T. SUMMERS | |
| | | | | | |
| 300 Series | *Secret Service Exhibits* | | | | |
| ✓ 301 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | 12/20/2022 | 12/20/2022 | INSPECTOR HAWA | |
| ✓ 302 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | 12/20/2022 | 12/20/2022 | INSPECTOR HAWA | |
| ✓ 303 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | 12/20/2022 | 12/20/2022 | INSPECTOR HAWA | |
| ✓ 304 | USSS-2 – East Side of the Capitol  VP vehicles moving | 12/20/2022 | 12/20/2022 | INSPECTOR HAWA | |
| 305 | USSS Radio Traffic | | | | |
| 306 | Placeholder for Additional Exhibits | | | | |
| 400 Series | *U.S. Capitol CCTV Footage* | | | | |
| ✓ 401 | CCTV Time Lapse Video | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS OFFICER AK SGT. P. RILEY | |
| 401.1 | Still from Exhibit 401 | | | | |
| 401.2 | Still from Exhibit 401 | | | | |

| ✓ | 402 | CCTV footage - 0074 LWT Tunnel 410-427pm | 12/19/2022 | 12/19/2022 | CAPT. T. SUMMERS | |
| ✓ | 402.1 | Still from Exhibit 402 | 12/19/2022 | 12/19/2022 | CAPT T. SUMMERS OFFICER AK | |
| ✓ | 402.2 | Still from Exhibit 402 | 12/19/2022 | 12/19/2022 | CAPT T. SUMMERS | |
| ✓ | 403 | CCTV footage -0074 LWT Tunnel Gillespie with Yellow Circle | 12/20/2022 | 12/20/2022 | CAPT. SUMMERS SGT. RILEY OFFICER GAZELLE | |
| ✓ | 403.1 | Still from Exhibit 403 | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | |
| ✓ | 403.2 | Still from Exhibit 403 | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | |
| ✓ | 404 | CCTV footage –Rooftop camera | 12/20/2022 | 12/20/2022 | CAPT. T. SUMMERS SGT RILEY | |
| | 404.1 | Still from Exhibit 404 | | | | |
| | 404.1 | Still from Exhibit 404 | | | | |
| ✓ | 405 | CCTV footage –Rooftop camera | 12/20/2022 | 12/20/2022 | CAPT. T. SUMMERS | |
| | 405.1 | Still from Exhibit 405 | | | | |
| | 405.2 | Still from Exhibit 405 | | | | |
| ✓ | 406 | CCTV footage –Rooftop camera | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | |
| | 500 Series | ***Business Records And Certifications of Authenticity*** | | | | |
| ✓ | 501 | Safeway Certificate of Authentication | 12/21/2022 | 12/21/2022 | SA AGENT ADAMS | |

| | No. | Description | | | Witness | |
|---|---|---|---|---|---|---|
| ✓ | 502 | Email re: Early Closure of DC Safeway Stores | 12/21/2022 | 10/21/2022 | SP. AGENT ADAMS | |
| ✓ | 503 | Mid-Atlantic Sales Report | 12/21/2022 | | SP. AGENT ADAMS | |
| ✓ | 504 | Pennsylvania Shipment | 12/21/2022 | ↓ | SP. AGENT ADAMS | |
| | 505 | Placeholder for Additional Exhibits | | | | |
| | 600 Series | ***Open-Source Video/Photographs*** | | | | |
| ✓ | 601 | Associated Press Video | 12/20/2022 | 12/21/2022 | VINCENT GILLESPIE<br>CAPT T. SUMMERS<br>OFFICER GAZELLE<br>SP. AGENT ADAMS | |
| ✓ | 601.1 | Still from 601 | | | | |
| ✓ | 601.2 | Still from 601 | | | | |
| ✓ | 601.3 | Still from 601 | | | | |
| ✓ | 601.4 | Still from 601 | | | | |
| | 601.5 | Still from 601 | | | | |
| | 601.6 | Still from 601 | | | | |
| | 601.7 | Still from 601 | | | | |
| ✓ | 602 | Gillespie Near Tunnel | 12/20/2022 | 12/21/2022 | CAPT T. SUMMERS<br>SP. AGENT ADAMS | |
| | 602.1 | Still from 602 | | | | |

(left margin annotation spanning 601.1–601.4: "ADMITTED BY DEFENSE")

| | | | | | | |
|---|---|---|---|---|---|---|
| | 603 | Video Gillespie Near Tunnel with Yellow Square | | | | |
| | 604 | Photo of Gillespie getting water poured in his eyes outside the Tunnel with Yellow Circle | 12/20/2022 | | CAPT T. SUMMERS | |
| ✓ | 605 | Video of Gillespie on Ledge of West Terrace with Yellow Square | 12/20/2022 | 12/21/2022 | CAPT. T. SUMMERS | |
| | 605.1 | Still from 605 | | | | |
| ✓ | 606 | Photo of Gillespie on Scaffolding with Yellow Circle | 12/20/2022 | 12/21/2022 | CAPT T. SUMMERS | |
| ✓ | 607 | Photo of Gillespie | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS VINCENT | |
| ✓ | 608 | Photo of Gillespie | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| | 609 | Photo of Gillespie | | | | |
| ✓ | 610 | Photo of Gillespie | 12/20/2022 | 12/21/2022 | CAPT T. SUMMERS SP. AGENT ADAMS | |
| ✓ | 611 | Selfie of Office Ak | 12/20/2022 | 12/20/2022 | OFFICER AK | |
| | 700 Series | ***Body Worn Camera (BWC) Footage*** | | | | |
| ✓ | 701 | BWC footage of MPD Officer Mustafa Ak | 12/20/2022 | 12/20/2022 | OFFICER AK | |
| ✓ | 701.1 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ | 701.2 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ | 701.3 | Still from Exhibit 701 | 12/20/2022 | ↓ | ↓ | |

| | | | | | |
|---|---|---|---|---|---|
| ✓ 701.4 | Still from Exhibit 701 | 12/20/2022 | 12/20/2022 | OFFICER AK | |
| ✓ 701.5 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ 701.6 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ 701.7 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ 701.8 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ 701.9 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ 701.10 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ 701.11 | Still from Exhibit 701 | 12/20/2022 | | | |
| ✓ 701.12 | Still from Exhibit 701 | 12/20/2022 | ↓ | ↓ | |
| ✓ 702 | BWC footage of MPD Officer Mustafa Ak with Yellow Circle | 12/20/2022 | 12/20/2022 | OFFICER AK SGT. RILEY | |
| ✓ 702.1 | Still from Exhibit 702 | 12/20/2022 | | OFFICER AK | |
| ✓ 702.2 | Still from Exhibit 702 | 12/20/2022 | | | |
| ✓ 702.3 | Still from Exhibit 702 | 12/20/2022 | | | |
| ✓ 702.4 | Still from Exhibit 702 | 12/20/2022 | | | |
| ✓ 702.5 | Still from Exhibit 702 | 12/20/2022 | ↓ | ↓ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | 702.6 | Still from Exhibit 702 | 12/20/2022 | 12/20/2022 | OFFICER AK | |
| ✓ | 702.7 | Still from Exhibit 702 | ↓ | ↓ | ↓ | |
| ✓ | 702.8 | Still from Exhibit 702 | | | | |
| ✓ | 702.9 | Still from Exhibit 702 | | | | |
| ✓ | 702.10 | Still from Exhibit 702 | ↓ | ↓ | ✓ | |
| ✓ | 703 | BWC footage of MPD Officer Jason Mastony | 12/20/2022 | 12/20/2022 | OFFICER AK | |
| | 703.1 | Still from Exhibit 703 | | | | |
| | 703.2 | Still from Exhibit 703 | | | | |
| ✓ | 704 | BWC footage of MPD Officer Henry Foulds | 12/20/2022 | 12/20/2022 | OFFICER AK | |
| ✓ | 704.1 | Still from Exhibit 704 | 12/20/2022 | 12/20/2022 | OFFICER AK | |
| | 704.2 | Still from Exhibit 704 | | | | |
| ✓ | 705 | BWC footage of MPD Sergeant Riley | 12/20/2022 | 12/20/2022 OVER OBJECTION | SGT. P. RILEY | |
| | 705.1 | Still from Exhibit 705 | | | | |
| | 705.2 | Still from Exhibit 705 | | | | |
| | 705.3 | Still from Exhibit 705 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 705.4 | | Still from Exhibit 705 | | | | |
| ✓ 706 | | BWC of Officer Spooner shows Sgt. Riley | 12/20/2022 | 12/20/2022 | SGT. RILEY | |
| ✓ 707 | | BWC of Sgt. Bogner shows Sgt. Riley | 12/20/2022 | 12/20/2022 | SGT. RILEY | |
| 800 Series | | ***Physical Items Recovered During Search of Vincent Gillespie's Home*** | | | | |
| ✓ 801 | | Sweatshirt | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| ✓ 802 | | Backpack | 12/21/2022 | | SP. AGENT ADAMS | |
| ✓ 803 | | Folder and contents | 12/21/2022 | ↓ | SP. AGENT ADAMS | |
| 803.1 | | Contents of Exhibit 803 | | | | |
| 803.2 | | Contents of Exhibit 803 | | | | |
| 803.3 | | Contents of Exhibit 803 | | | | |
| 803.4 | | Contents of Exhibit 803 | | | | |
| ✓ 804 | | Search Photo - Sweatshirt | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| ✓ 805 | | Search Photo - Backpack | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| ✓ 806 | | Search Photo – Folder and Contents | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| 807 | | Placeholder for Additional Exhibits | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 808 | Placeholder for Additional Exhibits | | | | |
| 809 | Search Photo | | | | |
| 810 | Placeholder for Additional Exhibits | | | | |
| 811 | Placeholder for Additional Exhibits | | | | |
| 812 | Placeholder for Additional Exhibits | | | | |
| 900 Series | *900 Series - Multi Platform Video, Audio, and Photos from USCP, MPD, BWC, and Open Source* | | | | |
| ✓ 901 | Compilation video with radio runs (note: same as Ex. 201) | 12/20/2022 | 12/20/2022 OVER OBJECTION | CAPT T. SUMMERS | |
| ✓ 902 | 0074 and Ak BWC side by side | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| ✓ 903 | 0074 and Ak BWC side by side with yellow square | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| 904 | Placeholder for Additional Exhibits | | | | |
| 905 | Placeholder for Additional Exhibits | | | | |
| 906 | Placeholder for Additional Exhibits | | | | |
| 1000 Series | *Stipulations* | | | | |
| ✓ 1001 | AP Video | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1002 ✓ | Chain of Custody | | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| 1003 ✓ | Official Duties | | 12/20/2022 | 12/20/2022 | Officer M. GAZELLE | |
| 1004 ✓ | Official Proceeding | | 12/20/2022 | 12/20/2022 | Officer M. GAZELLE | |
| 1005 ✓ | House/Senate Compilation Video | | 12/21/2022 | 12/21/2022 | Officer M. GAZELLE | |
| 1006 ✓ | USCP CCTV | | 12/19/2022 | 12/19/2022 | CAPT SUMMERS | |
| 1007 ✓ | Altered Videos are Accurate | | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| 1008 | Placeholder | | | | | |
| 1009 | Placeholder | | | | | |
| 1010 | Placeholder | | | | | |
| 1011 | Placeholder | | | | | |
| 1012 | Placeholder | | | | | |
| 1013 | Placeholder | | | | | |
| 1014 | Placeholder | | | | | |
| 1015 | Placeholder | | | | | |