UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-60-BAH |
| | : | |
| **VINCENT GILLESPIE** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video evidence has been made available to the Court electronically:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| Sentencing Exhibit 1 | Sentencing Exhibit 1.mp4 | Video compiled from CCTV, BWC, and Interview of Commander Kyle. | Video - Victim Impact Statement of MPD Commander Kyle. |
| Sentencing Exhibit 2 | Sentencing Exhibit 2.mp4 | CCTV | Sergeant Riley immediately after the assault. |
| Trial Exhibit 403 | 403.mp4 | CCTV | 16 minute 37 second video, depicting Gillespie circled in yellow, admitted at trial as Exhibit 403. |
| Trial Exhibit 601 | 601.mp4 | Associated Press | 1 minute 28 second video, depicting Gillespie talking on camera while on the Capitol grounds and broadcast by the Associated Press, admitted at trial as Exhibit 601. |
| Trial Exhibit 702 | 702.mp4 | BWC | 7 minute 45 second video, depicting Gillespie circled in yellow, admitted at trial as |

1

| | | | |
|---|---|---|---|
| | | | Exhibit 702. |
| Trial Exhibit 707 | 707.mp4 | BWC | 2 minute 16 second video, depicting Sergeant Riley at the doors of the Lower West Terrace tunnel, admitted at trial as Exhibit 707. |
| Trial Exhibit 903 | 903.mp4 | CCTV and BWC | 16 minute 27 second video, depicting Gillespie circled in yellow, admitted at trial as Exhibit 903. |

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:    /s/ *Jacqueline Schesnol*
                                        JACQUELINE SCHESNOL
                                        AZ Bar No. 016742
                                        Capitol Riot Detailee
                                        40 N. Central Ave., Suite 1800
                                        Phoenix, AZ 85004-4449
                                        (602) 514-7500
                                        jacqueline.schesnol@usdoj.gov

## CERTIFICATE OF SERVICE

On this 31st day of March, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                        /s/ *Jacqueline Schesnol*
                                        Jacqueline Schesnol
                                        Assistant United States Attorney